FILED

03/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0352

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 19-0352

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TRENDTON DILLINGHAM,

    Defendant and Appellant.

## ORDER

Upon reading and filing Unopposed Motion for Extension of Time to File Opening Brief by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Opening Brief in this case is hereby extended from March 16, 2020, to April 16, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2020